JUDGE DAVID GUADERRAMA

FILED
NOV 21 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

EP17CV0353

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.   Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

| STATE COURT INFORMATION |
|---|
| Please identify the court from which the case is being removed; the case number; and the complete style of the case. |
| *MIGUEL A. MARES, Plaintiff, v. NGUYEN HUU NGUYEN and TRIGO EXPRESS LLC, Defendants*; Cause No. 2017DCV0917; In the 327th Judicial District Court of El Paso County, Texas.<br><br>Was jury demand made in State Court:     Yes ☒    No ☐ |
| If yes, by which party and on what date:  Plaintiff.  March 20, 2017. |

| STATE COURT INFORMATION: |
|---|
| List all plaintiffs, defendants, and intervenors still remaining in the case.   Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number and fax number (including area code).<br><br>Plaintiff:     Miguel A. Mares<br><br>Attorneys:   James B. Kennedy, Jr., Esq.<br>James Kennedy, P.L.L.C.<br>6216 Gateway Blvd., East<br>El Paso, Texas   79905<br>(915) 544-5200<br>(915) 532-2423 (fax)<br><br>Defendants:   Nguyen Huu Nguyen and Trigo Express, LLC |

15586-106/AALM/1332707                        Page 1

| | |
|---|---|
| Attorneys: | Andres E. Almanzan, Esq.<br>MOUNCE, GREEN, MYERS,<br>SAFI, PAXSON & GALATZAN<br>100 N. Stanton Street, Suite 1000<br>P. O. Box 1977<br>El Paso, Texas 79999<br>(915) 532-2000<br>(915) 541-1548 (Fax)<br>almanzan@mgmsg.com |

List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None/ Not applicable.

---

List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None/ Not applicable.

---

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number and fax number (including area code).

None/ Not applicable at this time.

---

VERIFICATION:

_/s/ Andy Almanzan_                                           11/21/2017
**Andres E. Almanzan**                                          Date
Attorney for Removing Party,
Defendants Nguyen Huu Nguyen and Trigo Express, LLC